IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 15cr 30053 DRH |
| ) | |
| vs. ) | Title 16, United States Code, |
| ) | Sections 3372(a)(2)(A) |
| REX DALE RAINS II, ) | and 3372(d)(2) |
| ) | Class A Misdemeanor |
| Defendant. ) | |

FILED
APR 16 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1 - Wildlife Trafficking – June 2012**

On or about June 12, 2012, in Vandalia, Fayette County and elsewhere, within the Southern District of Illinois, the defendant,

**REX DALE RAINS II,**

did knowingly import, transport and sell live wildlife, in interstate commerce, knowing that the wildlife was transported and sold in violation of the laws and regulations of the State of Illinois, specifically, 515 Illinois Compiled Statutes (ILCS) 5/10-100 – "Release of Aquatic Life," and, in the exercise of due care, should have known that the wildlife were transported in violation of law. Specifically, the Defendant traveled in interstate commerce from the State of Alabama to Vandalia, Fayette County, Illinois to sell blue tilapia on or about June 12, 2012. All in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(2).

1

### COUNT 2 – False Labeling – June 2012

On or about June 12, 2012, in Vandalia, Fayette County and elsewhere, within the Southern District of Illinois, the defendant,

### REX DALE RAINS II,

did knowingly submit any false record, account, or label for, or any false identification of, fish which has been, or intended to be, transported in interstate commerce.  Specifically, on or about June 12, 2012, the Defendant knowingly issued a sales receipt to a buyer for the purchase of blue tilapia, which falsely identified blue tilapia as blue gill.   All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(B).

### COUNT 3 - Wildlife Trafficking – June 2013

On or about June 22, 2013, in Ramsey, Fayette County and elsewhere, within the Southern District of Illinois, the defendant,

### REX DALE RAINS II,

did knowingly import, transport and sell live wildlife, in interstate commerce, knowing that the wildlife was transported and sold in violation of the laws and regulations of the State of Illinois, specifically, 515 Illinois Compiled Statutes (ILCS) 5/10-100 – "Release of Aquatic Life," and, in the exercise of due care, should have known that the wildlife were transported in violation of law. Specifically, the Defendant traveled in interstate commerce from the State of Alabama to Vandalia, Fayette County, Illinois to sell blue tilapia on or about June 22, 2013.   All in violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(2).

## COUNT 4 – False Labeling – June 2013

On or about June 22, 2013, in Ramsey, Fayette County and elsewhere, within the Southern District of Illinois, the defendant,

**REX DALE RAINS II,**

did knowingly submit any false record, account, or liable for, or any false identification of, fish which has been, or intended to be, transported in interstate commerce. Specifically, on or about June 22, 2013, the Defendant knowingly issued a sales receipt to a buyer for the purchase of blue tilapia, which falsely identified the blue tilapia as blue gill. All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(B).

UNITED STATES OF AMERICA

_____
STEPHEN R. WIGGINTON
United States Attorney

_____
WILLIAM E. COONAN
Assistant United States Attorney